IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON DELAWARE HEALTH AND WELFARE FUND, LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OF WILMINGTON DELAWARE PENSION FUND, and LOCAL UNION NO. 313 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN, | : : : : : : : : : : : : : |
| Plaintiffs, | : : |
| v. | : Civ. Act. No. 07-762 - JJF (MPT) : |
| RGS ELECTRICAL INC., | : : |
| Defendant. | : |

## O R D E R

WHEREAS, the Court has referred this matter to Magistrate Judge Thynge pursuant to the Standing Order dated June 29, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

    2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

December 12, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE