# FERRY, JOSEPH & PEARCE, P.A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

PHONE (302) 575-1555
FAX (302) 575-1714

SUSSEX COUNTY OFFICE
215 E. MARKET STREET
GEORGETOWN, DE 19947

PHONE (302) 856-3706
FAX (302) 856-3708

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH+
ROBERT K. PEARCE
THEODORE J. TACCONELLI*
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS**
STEVEN G. WEILER+
THOMAS R. RIGGS

(* ALSO PA BAR)
(+ ALSO NJ BAR)
(** ALSO FL, MA AND NY BARS)

www.ferryjoseph.com

THOMAS HERLIHY, III
OF COUNSEL

ARTHUR F. DiSABATINO
(1962-2001)

February 5, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
644 King Street
Wilmington, DE 19801

   Re:   *Local Union No. 313, etc., et al., v.*
         *RGS Electrical, Inc.*, C.A. No. 07-762-JJF-MPT

Dear Judge Farnan:

   I am counsel to the plaintiffs in the above-referenced case. The parties have agreed to a stipulated order of judgment which I enclose herewith. I respectfully request that the Court sign the order and enter the judgment on the docket. I am available at the Court's convenience should there be any questions.

                                       Respectfully yours,

                                       Rick S. Miller (#3418)

cc:   Elizabeth A. Coleman, Esquire
      Mr. Randy Spencer
      Clerk of the Court (e-filed)